Argued and submitted February 26, reversed and remanded for reconsideration in part; otherwise affirmed October 20, 1993, Flanary's petition for reconsideration and Holladay Park Hospital's petition for reconsideration denied April 13, Flanary's petition for review denied May 10 (319 Or 80), Holladay Park Hospital's petition for review pending 1994

In the Matter of the Compensation of
Marsha K. Flanary, Claimant.

Marsha K. FLANARY,
*Petitioner,*

*v.*

HOLLADAY PARK HOSPITAL,
*Respondent.*

(WCB No. 90-15238; CA A74141)

861 P2d 404

Robert Wollheim argued the cause for petitioner. With him on the brief was Welch, Bruun & Green.

Jerald P. Keene argued the cause for respondent. With him on the brief was Roberts, Reinisch, MacKenzie, Healey & Wilson, P.C.

Before Warren, Presiding Judge, and Edmonds and Landau, Judges.

PER CURIAM

Reversed and remanded for reconsideration of claim for medical treatment; otherwise affirmed. *Jefferson v. Sam's Cafe,* 123 Or App 464, 861 P2d 359 (1993); *Meyers v. Darigold, Inc.,* 123 Or App 217, 861 P2d 352 (1993).